UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL OMAR MARTINEZ,<br><br>　　　　　Petitioner,<br>　　v.<br>WARDEN FCI HAZELTON,<br><br>　　　　　Respondent. | Case No. SACV 20-1853 DMG (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections.  After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　　　In the Objections, Petitioner re-argues the grounds for his immediate release and requests, if the Court is not inclined to grant the Petition, that this action be transferred to the sentencing judge in his criminal case as either a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) or a habeas petition under 28 U.S.C. § 2241.  But Petitioner has already filed a substantively identical motion for compassionate release in his criminal case, which was denied.  *See United States v. Gabriel Omar Martinez*, C.D.

Cal. Case No. SACR 10-0133 DOC, Doc. ## 53 (motion) and 64 (order denying). Furthermore, as explained in the Report and Recommendation, Petitioner's claims are not cognizable in habeas. Therefore, transfer would be futile. If Petitioner believes that changed circumstances warrant his early release, he should file a renewed motion for compassionate release directly in his criminal case setting forth his new grounds.

IT IS ORDERED that Judgment shall be entered dismissing this action without prejudice for lack of jurisdiction.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 30, 2021

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE