1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  GABRIEL OMAR MARTINEZ, | Case No. SACV 20-1853 DMG (PVC) |
| 12          Petitioner, | |
| 13      v. | **JUDGMENT** |
| 14  WARDEN FCI HAZELTON, | |
| 15          Respondent. | |
| 16 | |

17      Pursuant to the Court's Order Accepting Findings, Conclusions and

18  Recommendations of United States Magistrate Judge,

19

20      IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without

21  prejudice for lack of jurisdiction.

22

23  DATED:  September 30, 2021

24

25  DOLLY M. GEE
    UNITED STATES DISTRICT JUDGE

26
27
28